UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ISAIAS BERMUDEZ,

            Plaintiff,

  -against-              9:07-CV-0367
                     (LEK/DRH)

S.ROSSI, Correctional Officer,
Coxsackie Correctional Facility, *et al*,

            Defendants.

## DECISION AND ORDER

  This matter comes before the Court following a Report-Recommendation filed on February 20, 2008 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 28).  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections Plaintiff Isaias Bermudez, which were filed on February 27, 2008.  Objections (Dkt. No. 30).

  It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

  Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 28) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion to dismiss pursuant to 28 U.S.C. §1915 is **GRANTED**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     March 03, 2008
           Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge